UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHATHA AL-RUBAYE,

        Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ROLANDO
PAULINO BARTOLOME, and NEWPORT
LEASING LTD,

        Defendants.

Civil Case No. 2:20-cv-12638
Hon. Terrence G. Berg
Hon Mag. Anthony P. Patti

---

LAWRENCE A. KAJY (P80742)
VICTOR McCOY (P51315)
KAJY LAW FIRM, PLLC
Attorney for Plaintiff
31313 Northwestern Hwy, Suite 100
Farmington Hills, MI 48334
(248) 702-6641/Fax (248) 702-6639
lawrence@kajylaw.com

TIMOTHY S. GROUSTRA (P48966)
JOHN C. CARDELLO (P58082)
DICKIE, MCCAMEY, & CHILCOTE, P.C.
Attorneys for Defendants
Bartolome/Newport Leasing LTD
89 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI 48236
(313) 308-2034 / Fax (888) 811-7411
tgroustra@dmclaw.com
jcardello@dmclaw.com

JANETTA A. KSAR (P72073)
SAMANTHA L. SINGER (P81679)
ZAUSMER, P.C.
Attorneys for Defendant State Farm
32255 Northwestern Hwy., Suite 225
Farming Hill, MI 48334
(248) 851-4111 / Fax (248) 0100
jksar@zausmer.com
ssinger@zausmer.com

**QUALIFIED PROTECTIVE ORDER ALLOWING DEFENSE COUNSEL FOR ROLANDO PAULINO BARTOLOME AND NEWPORT LEASING LTD TO CONDUCT *EX-PARTE* INTERVIEWS WITH PLAINTIFF'S HEALTHCARE PROVIDERS**

        **IT IS HEREBY ORDERED** that defense counsel for ROLANDO PAULINO BARTOLOME

and NEWPORT LEASING LTD may conduct ex-parte interviews with Plaintiff's healthcare

providers.

**IT IS FURTHER ORDERED** that all *ex-parte* interviews shall be in regard to this litigation, and any healthcare provider, like any witness, is not required to participate in an ex-parte interview, and must be told such upon the request for the interview.

**IT IS FURTHER ORDERED** that if said Defendants or their counsel obtain any protected health information as a result of *ex-parte* communications with any of Plaintiff's healthcare providers, defendants are prohibited from using or disclosing that protected health information for any purpose other than this litigation.

**IT IS FURTHER ORDERED** that any protected health information obtained through the ex-parte communications shall be destroyed at the conclusion of this litigation.

**IT IS FURTHER ORDERED** that this Order is entered pursuant to the HIPAA Privacy Regulation 45 CFR §164.512(e)(1)(i) to permit *ex-parte* interviews between counsel for said defense and Plaintiff's healthcare providers, and shall remain in effect through the duration of this litigation.

**IT IS FURTHER ORDERED** that said Defendants shall serve a copy of this Order on any treating physician prior to any *ex parte* meetings.

This is **not** a final order.

/s/Terrence G. Berg_____.
TERRENCE G. BERG
UNITED STATES DISTRICT COURT JUDGE

**Dated:  February 10, 2021**

Stipulated as to form and content:


/S/ VICTOR McCOY (w/ consent)     /S/ TIMOTHY S. GROUSTRA
VICTOR McCOY (P51315)         TIMOTHY S. GROUSTRA (P48966)
Attorney for Plaintiff            Attorney for Defendants Bartolome/Newport